## CERTIFICATE OF SERVICE

  I hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system and served a copy on the following counsel for Plaintiffs by federal express.

  Rajiv D. Parikh, Esq.
  Pem Law LLP
  1 Boland Drive, Suite 101
  West Orange, NJ 07052

  John A. Yanchunis, Esq.
  Morgan & Morgan
  201 N. Franklin Street, 7th Floor
  Tampa, FL 33602

              /s/  John E. Brigandi

**Error! Unknown document property name.**