IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| PEOPLEWHIZ, INC., et al. | : : | NO. 25-237 |

### NOTICE OF TELEPHONE CONFERENCE

A **TELEPHONE CONFERENCE** in the above matter has been scheduled for **January 16, 2025** at **10:30 a.m. (EST)** with the Honorable Harvey Bartle III of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiffs' counsel is instructed to get all counsel on the telephone and then call in to Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
United States District Court Judge
215-597-2693

DATED: January 13, 2025

Copies sent via ECF notification