UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Atlas Data Privacy, et al.

*Plaintiff*

v.

PeopleWhiz, Inc., et al.

*Defendant*

Civil Action No. 1:25-cv-00237-HB

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that PeopleWhiz, Inc is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

### OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

John E. Brigandi
Digitally signed by John E. Brigandi
Date: 2025.01.21 08:41:57 -05'00'

Signature of Attorney

600 E. Crescent Ave, Suite 201
Address

Upper Saddle River, NJ 07458
City/State/Zip

01/21/2025
Date