# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLEWHIZ, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civ. No. 1:25-cv-00237-HB<br><br>**DEFENDANT PEOPLEWHIZ, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**PLEASE TAKE NOTICE** that, Defendant PeopleWhiz, Inc. ("PeopleWhiz"), shall move before The Honorable Harvey Bartle III, United States District Judge, at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101, to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1, is facially unconstitutional.

**PLEASE TAKE FURTHER NOTICE** that, per the Court's January 21, 2025 Order (Dkt. 8) PeopleWhiz is not deemed by filling this motion to have waived any other ground for dismissal of the Complaint, including but limited to a challenge to the constitutionality of Daniel's Law as applied, personal jurisdiction, venue, and arbitrability.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion to Dismiss and consistent with the Court's January 21, 2025 Order, PeopleWhiz relies on, and adopts as if set forth herein, the briefing that the various other defendants in other Daniel's Law cases before this Court filed in support of their Fed. R. Civ. P. 12(b)(6) motion to dismiss. Specifically, PeopleWhiz relies upon and adopts the briefing and related exhibits available at Docket Numbers 27, 25, and 68 in the action entitled *Atlas Data Privacy Corporation v. Lightbox Parent, L.P.*, No. 1:24-cv-04105-HB (D.N.J.).

Dated: January 24, 2025                                    Respectfully submitted,

/s/ John E. Brigandi
JOHN E. BRIGANDI, ESQ.
**KNUCKLES & MANFRO LLP**
600 East Crescent Avenue, Suite 201
Upper Saddle River, NJ 07458
(201) 391-0370
jeb@km-llp.com
Attorneys for Defendant,
PeopleWhiz, Inc.