IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| PEOPLEWHIZ, INC., et al. | : | NO. 25-237 |

ORDER

AND NOW, this 27th day of January 2025, in accordance with the Order of this court dated January 22, 2025 in related cases, e.g. Order, Atlas Data Privacy Corp. v. We Inform, LLC, 24-cv-4037 (D.N.J. Jan. 22, 2025) (Doc. #41), it is hereby ORDERED that:

(1) The fourth paragraph of the Order of this court dated January 21, 2025 (Doc. #8) staying this action is vacated;

(2) Defendants shall file on or before March 18, 2025 an answer or any remaining pre-trial motions together with supporting briefs;

(3) Defendants in this action may elect to file consolidated motions and supporting briefs with Defendants in related actions. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages;

(4)   After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and

(5)   This action is stayed pending further order of court, except as set forth in this order.

BY THE COURT:

*Harvey Bartle III*
                                 J.