# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, PATRICK COLLIGAN and PETER ANDREYEV<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLEWHIZ, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civ. No. 1:25-cv-00237-HB<br><br>**DEFENDANT PEOPLEWHIZ, INC.'S JOINDER TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

## JOINDER TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**PLEASE TAKE NOTICE** that on March 18, 2025, Defendant PeopleWhiz, Inc. ("PeopleWhiz") hereby joins in motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed by the defendants in the related action: Atlas Data Privacy Corp., et al. v. DM Group Inc., et al., No. 24-cv 04075-HB. PeopleWhiz's joinder in the defendants' Rule 12(b)(6) motion to dismiss is done in the alternative to the concurrently filed consolidated motion to dismiss for lack of personal jurisdiction by Defendants in the related cases, under which PeopleWhiz is a movant.

In support of this Motion to Dismiss, PeopleWhiz relies on, and adopts as if set forth herein, the briefing in support of the defendants' Fed. R. Civ. P. 12(b)(6) motions to dismiss filed in the related actions.

Dated: March 18, 2025                    Respectfully submitted,

                                                        **/s/** John E. Brigandi
                                                        JOHN E. BRIGANDI, ESQ.
                                                        **KNUCKLES & MANFRO LLP**
                                                        600 East Crescent Avenue, Suite 201
                                                        Upper Saddle River, NJ 07458
                                                        (201) 391-0370
                                                        jeb@km-llp.com
                                                        Attorneys for Defendant,
                                                        PeopleWhiz, Inc.