## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLEWHIZ, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civ. No. 1:25-cv-00237-HB |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ARTIN BETPERA

Pursuant to Local Civil Rule 101.1 and the attached certification, the undersigned moves the admission *pro hac vice* of Artin Betpera of Buchalter, A Professional Corporation to represent Defendant PeopleWhiz, Inc., in this case.

DATED:  May 8, 2025              **KNUCKLES & MANFRO LLP**

By: ___/s/ John E. Brigandi_____
JOHN E. BRIGANDI
600 East Crescent Avenue, Suite 201
Upper Saddle River, NJ 07458
(201) 391-0370
jeb@km-llp.com
Attorneys for Defendant PeopleWhiz, Inc.