UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:  September 12, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** FRANCESCA DI BELLA

**TITLE OF CASE:**           **DOCKET NO.:** 25-237 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
PEOPLEWHIZ, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:  STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   11:02a.m.    Time Adjourned: 11:03a.m.    Total Time in Court: 0:01