

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

November 21, 2025

<u>**VIA CM/ECF**</u>

Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court, District of New Jersey (by designation)
c/o U.S. District Court, Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

<table>
<tr><td>Re:</td><td colspan="2"><u>**In re Daniel's Law Compliance Litigation**</u></td></tr>
<tr><td></td><td>**Civil Action Nos.**</td><td>**24-4096 (Delvepoint, LLC)**</td></tr>
<tr><td></td><td></td><td>**24-4098 (Quantarium Alliance, LLC)**</td></tr>
<tr><td></td><td></td><td>**24-4261 (Equimine, Inc.)**</td></tr>
<tr><td></td><td></td><td>**24-4292 (Melissa Data Corp.)**</td></tr>
<tr><td></td><td></td><td>**24-4380 (Go Hunt, LLC)**</td></tr>
<tr><td></td><td></td><td>**24-4609 (Nuwber, Inc.)**</td></tr>
<tr><td></td><td></td><td>**24-4949 (Belles Camp Communications, Inc.)**</td></tr>
<tr><td></td><td></td><td>**25-237 (Peoplewhiz, Inc.)**</td></tr>
<tr><td></td><td></td><td>**24-11023 (Spy Dialer, Inc.)**</td></tr>
<tr><td></td><td></td><td>**24-11443 (Lighthouse List Company, LLC)**</td></tr>
<tr><td></td><td></td><td>**25-1480 (First Direct, Inc.)**</td></tr>
<tr><td></td><td></td><td>**25-1517 (Greenflight Venture Corp.)**</td></tr>
<tr><td></td><td></td><td>**25-1535 (Innovative Web Solutions, LLC)**</td></tr>
</table>

Dear Judge Bartle:

This firm represents plaintiffs, Atlas Data Privacy Corporation ("Atlas"), as assignee of individuals who are covered persons ("Assignors") under <u>N.J.S.A.</u> 56:8-166.1(d) ("Daniel's Law"); and the individual plaintiffs (Individual Plaintiffs with Atlas collectively, "Plaintiffs") in the above-referenced matters. We write on behalf of the Plaintiffs to respectfully request a 21-day extension of the deadline to complete depositions on the issue of personal jurisdiction in the 13 above-referenced actions. On September 12, 2025, the Court entered an Order directing Plaintiffs to complete personal jurisdiction depositions by October 30, 2025. On October 29, Plaintiffs requested an extension through December 1, 2025, which the Court granted on October 30, 2025.

Hon. Harvey Bartle, III, U.S.D.J.
November 21, 2025
Page **2** of **2**

The parties request additional time up to and through December 22, 2025, to accommodate the upcoming Thanksgiving holidays, as well as further settlement discussions.

The twelve Defendants listed below consent to this extension.

- DELVEPOINT, LLC, et al. (24-4096);
- QUANTARIUM ALLIANCE, LLC, (24-4098);
- EQUIMINE, INC., et al. (24-4261);
- MELISSA DATA CORP., et al. (24-4292);
- GOHUNT, LLC, et al. (24-4380);
- NUWBER, INC., et al. (24-4609);
- BELLES CAMP COMMUNICATIONS, INC. (24-4949);
- SPY DIALER, INC., et al. (24-11023);
- LIGHTHOUSE LIST COMPANY, LLC, et al. (24-11443);
- PEOPLEWHIZ, INC., et al. (25-237);
- FIRST DIRECT, INC. (25-1480); and
- INNOVATIVE WEB SOLUTIONS, LLC, et al. (25-1535).

Plaintiffs requested, but has not yet received, consent to this extension from the remaining Defendant:

- GREENFLIGHT VENTURE CORP. (25-1517)

December 22, 2025, is the current deadline for personal jurisdiction depositions in three other Daniel's Law Compliance Actions pending before Your Honor: Atlas et al. v. PublicNSA, LLC, 25-5989, Atlas et al. v. True Software Scandinavia AB, 25-7650, Atlas et al. v. Cybo Company LLC, 25-11948.

Granting this extension request would align the deadline for personal jurisdiction depositions across all 16 Daniel's Law Compliance Actions in personal jurisdiction discovery pending before your Honor.  We thank the Court for its consideration of this request.

Respectfully submitted,

**PEM LAW LLP**
*Attorney for Plaintiffs*

By:    /s/ *Jessica A. Merejo*
       JESSICA A. MEREJO

JAM/
c:          Counsel of record (via ECF)