**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel.: (973) 577-5500
Email: rparikh@pemlawfirm.com
        jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs*

**KNUCKLES & MANFRO, LLP**
John E. Brigandi (028512008)
225 Brae Boulevard, Suite 101
Park Ridge, New Jersey 07656
Telephone: (201) 391-0370
Facsimile: (201) 781-6744
E-mail:  jeb@kkelaw.com

*Attorneys for Defendant Peoplewhiz, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLEWHIZ INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:25-cv-00237-HB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to F. R. Civ. P. 41, it is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, *as assignee of individuals who are covered persons*, Jane Doe-1, *a law enforcement officer*, Jane Doe-2, *a law enforcement officer*, Patrick Colligan, and Peter Andreyev (collectively "Plaintiffs") and Defendant Peoplewhiz, Inc. ("Defendant"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

1

The Parties and any other person subject to the terms of the agreement dated December 18, 2025 agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the agreement.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By:     *s/ Jessica A. Merejo*
       JESSICA A. MEREJO

Dated: 04/23/2026

**KNUCKLES & MANFRO, LLP**
*Attorneys for Defendants.*

By:     s/ *John E. Brigandi*

       JOHN E. BRIGANDI

Dated: 04/23/2026

2